UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATONIA LAKE, | ) | CASE NO.  4:08cv723 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court has examined the Report and Recommendation of the Magistrate Judge in this matter, which was submitted on February 5, 2009.  Upon due consideration, and no objections having been filed by the parties, the Court adopts the recommended findings of the Magistrate Judge and incorporates same herein.

The Court, therefore, finds that the Commissioner's decision denying Plaintiff's claim for Supplemental Security Income is supported by substantial evidence and is conclusive.  The decision of the Commissioner is hereby AFFIRMED and Plaintiff's claim DISMISSED. Further, failure of Plaintiff to object to the Magistrate Judge's Report and Recommendation waives her right to appeal this decision.  *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

　　　IT IS SO ORDERED.

DATED:  March 20, 2009　　　　　　　　　 */s/ John R. Adams*_____
　　　　　　　　　　　　　　　　　　　　　Judge John R. Adams
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT